IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Leland Elmer Fisher ) | Case No. 09-10309 WV |
| Carol Ann Fisher, ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## PAYMENT OF UNCLAIMED FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3011

The trustee reports that all orders of the Court have been complied with and that pursuant to the Trustee's Final Report and Proposed Distribution, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). After transmitting this report to the Clerk of the Court using the ECF System for filing, the Trustee will present a check payable to the Clerk of the Court for the total amount in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Dividend Payment |
|---|---|---|---|
| 4 | #1006 | PRA Receivables Management, LLC<br>as agent for Beneficial Oklahoma, Inc.<br>PO Box 12907<br>Norfolk, VA  23541 | $11.92 |

/s/ G. David Bryant
G. David Bryant, Trustee  OBA #01264
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 NE 63rd Street
Oklahoma City OK 73105
(405) 848-4448
(405) 842-4539- fax